IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. _____ |
| ) | |
| CONCORD CAMERA CORP., ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff FlashPoint Technology, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika
Jack B. Blumenfeld, Esq. (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
Attorneys for FlashPoint Technology, Inc.

OF COUNSEL:

R. Robert R. Popeo
H. Joseph Hameline
William D. Belanger
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

November 18, 2005