IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONCORD CAMERA CORP., ) <br> ) <br> Defendant. ) | Civil Action No. 05-802-GMS |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO EFFECT SERVICE

Pursuant to Federal Rules of Civil Procedure 4(m) and 6(b), plaintiff Flashpoint Technology, Inc. moves for an order, in the form attached hereto, extending the period for service of the summons and complaint upon defendant in this action through and including May 17, 2006. The grounds for this motion are:

1. This action was filed on November 18, 2005. In order to facilitate settlement discussions, the defendant has not been served. Since the filing of the complaint, the parties have been actively discussing settlement of this case. The defendant has requested that plaintiff delay the service of process so that the parties can seek to effectuate a settlement.

2. Rule 4(m) permits 120 days to serve the complaint. The time for service was previously extended by 30 days (D.I. 4). Plaintiff believes that an additional 30 days to serve the complaint will allow the parties to complete their settlement discussions without requiring them to incur the costs and expense of litigation. Counsel for the defendant has advised plaintiff that it assents to the extension sought.

3. Rules 4(m) and 6(b) provide that the Court, in its discretion, may enlarge the time for cause shown.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

R. Robert R. Popeo
H. Joseph Hameline
William D. Belanger
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

April 17, 2006
516099

## **CERTIFICATION**

The subject of the foregoing motion has been discussed with counsel for the defendant, and although counsel has not appeared for the defendant in this action, counsel for defendant has assented to the relief requested.

_____
Rodger D. Smith II

Dated: April 17, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-802-GMS |
| ) | |
| CONCORD CAMERA CORP., ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

The Court, having considered the Plaintiff's Unopposed Motion for Enlargement of Time to Effect Service;

IT IS HEREBY ORDERED that the time in which plaintiff Flashpoint Technology, Inc. may effect service of process of its Complaint is extended until May 17, 2006.

DATED this ____ day of _____, 2006.

_____
United States District Judge