IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF DELWARE

| | |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CONCORD CAMERA CORP. )<br> )<br>    Defendant. )<br> )<br> ) | C.A. No. 05-802 |

WAIVER OF SERVICE OF SUMMONS

TO:   William D. Belanger, Esq.

Concord Camera Corp. ("Concord") acknowledges receipt of your request that it waive service of summons in the action of Flashpoint Technology, Inc. v. Concord Camera Corp., Case Number 05-802 in the United States District Court of the District of Delaware.

Concord has also received a copy of the complaint in the action, two copies of this instrument, and a means by which the waiver signed on its behalf may be returned to you without cost to Concord.

Concord agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Concord be served with judicial process in the manner provided by Rule 4.

Concord will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

You agree that the time within which Concord must serve an answer or motion under Rule 12 or otherwise respond to the complaint is extended to and including June 19, 2006.

4/20/06
(DATE)

_/s/ Lampert_
(SIGNATURE)

Printed/Typed Name: Scott L. Lampert
As Vice President and
General Counsel of
Concord Camera Corp.