### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-802 (GMS) |
| | ) | |
| CONCORD CAMERA CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

WHEREAS, the parties in the above-referenced action have been actively engaged in ongoing, good faith settlement discussions;

WHEREAS, the parties have agreed to enter into a license agreement;

WHEREAS, the parties believe an extension of the time for Defendant to answer, move or otherwise respond to the Complaint until after the due date for the first payment under the license agreement would help to conserve the resources of the Court and the parties;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint is extended to August 10, 2006.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Maryellen Noreika* <br> Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> Rodger Dallery Smith, II (#3778) <br> 1201 North Market Street <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@mnat.com <br> mnoreika@mnat.com <br> rsmith@mnat.com <br><br> *Attorneys for Plaintiff* | By: */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

737463