# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FLASHPOINT TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-802 (GMS) |
| ) | |
| CONCORD CAMERA CORP. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1), Fed. R. Civ. P., with each party to bear its own costs, expenses and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld (#1014)* | */s/ David E. Moore (#3983)* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>  *Attorneys for Plaintiff* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>(302) 984-6000<br>  *Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge