AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X Patents or ☐ Trademarks:

| DOCKET NO.<br>05cv802 | DATE FILED<br>11/18/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Flashpoint Technology Inc. | | DEFENDANT<br>Concord Camera Corp. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,177,956 B1 | 1/23/01 | Flashpoint Technology Inc. |
| 2 | 6,249,316 B1 | 6/19/01 | Flashpoint Technology Inc. |
| 3 | 6,847,388 B2 | 1/25/05 | Flashpoint Technology Inc. |
| 4 | 6,278,447 B1 | 8/21/01 | Flashpoint Technology Inc. |
| 5 | 6,223,190 B1 | 4/24/01 | Flashpoint Technology Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "See Attached" |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>April Walker | DATE<br>8/9/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FLASHPOINT TECHNOLOGY, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-802 (GMS) |
| CONCORD CAMERA CORP. | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1), Fed. R. Civ. P., with each party to bear its own costs, expenses and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Jack B. Blumenfeld (#1014)* | /s/ *David E. Moore (#3983)* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>  *Attorneys for Plaintiff* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>  *Attorneys for Defendant* |

SO ORDERED this 28th day of July, 2006.

_____
United States District Court Judge